**Copyrights-In-Suit for IP Address 108.31.120.57**

**ISP:** Verizon Online, LLC
**Location:** Washington, DC

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 02/03/2015 |
| The Studio Part #2 | PA0001931476 | 01/28/2015 | 02/17/2015 | 02/02/2015 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 01/29/2015 |
| Love From USA | PA0001928430 | 01/03/2015 | 01/19/2015 | 01/29/2015 |
| Burning | PA0001860951 | 07/27/2013 | 08/26/2013 | 01/29/2015 |
| The Secretary | PA0001928397 | 01/09/2015 | 01/19/2015 | 01/24/2015 |
| Fucking Ballerinas | PA0001928404 | 01/17/2015 | 01/19/2015 | 01/24/2015 |
| Barely Fits | PA0001928412 | 01/03/2015 | 01/19/2015 | 01/20/2015 |
| Making Music | PA0001883769 | 03/07/2014 | 03/22/2014 | 01/01/2015 |
| Enjoy the Ride | PA0001926086 | 12/18/2014 | 12/29/2014 | 01/01/2015 |
| Made for Each Other | PA0001860974 | 07/31/2013 | 08/29/2013 | 01/01/2015 |
| Back For More | PA0001928427 | 12/31/2014 | 01/19/2015 | 01/01/2015 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 01/01/2015 |
| East Meets West | PA0001926088 | 12/23/2014 | 12/29/2014 | 01/01/2015 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 01/01/2015 |
| Love at First Sight | PA0001872756 | 12/14/2013 | 12/15/2013 | 01/01/2015 |
| Going Strong | PA0001859660 | 07/06/2013 | 08/02/2013 | 01/01/2015 |
| Never Better | PA0001926087 | 12/26/2014 | 12/29/2014 | 01/01/2015 |
| Strawberry Morning | PA0001926089 | 12/27/2014 | 12/29/2014 | 01/01/2015 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 01/01/2015 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 01/01/2015 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Dancing Romance | PA0001903915 | 06/07/2014 | 06/12/2014 | 01/01/2015 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 01/01/2015 |
| Make Me Feel Beautiful | PA0001859651 | 07/25/2013 | 08/01/2013 | 01/01/2015 |
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 01/01/2015 |
| Blonde Perfection | PA0001926061 | 12/10/2014 | 12/29/2014 | 12/23/2014 |
| I Want You To Want Me | PA0001925335 | 12/06/2014 | 12/10/2014 | 12/23/2014 |
| Tease Me Please Me | PA0001926095 | 12/20/2014 | 12/29/2014 | 12/23/2014 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 12/23/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 12/23/2014 |
| First Time | PA0001926092 | 12/13/2014 | 12/29/2014 | 12/21/2014 |
| From Three to Four | PA0001898059 | 05/19/2014 | 06/06/2014 | 12/06/2014 |
| Still Mine | PA0001925346 | 12/04/2014 | 12/10/2014 | 12/06/2014 |
| Spellbound | PA0001922954 | 11/15/2014 | 11/18/2014 | 11/30/2014 |
| Tight and Wet | PA0001923176 | 11/19/2014 | 11/23/2014 | 11/30/2014 |
| Deep Down In Me | PA0001922955 | 11/13/2014 | 11/18/2014 | 11/30/2014 |
| Summertime | PA0001922274 | 11/09/2014 | 11/14/2014 | 11/30/2014 |
| Cum In Get Wet | PA0001923948 | 11/26/2014 | 12/08/2014 | 11/26/2014 |
| Fuck Me More | PA0001923957 | 11/22/2014 | 12/08/2014 | 11/26/2014 |
| Exposed And Aroused | PA0001921293 | 11/01/2014 | 11/06/2014 | 11/16/2014 |
| Sunset Memories | PA0001921296 | 10/31/2014 | 11/06/2014 | 11/16/2014 |
| Double Oh Heaven | PA0001918736 | 10/15/2014 | 10/22/2014 | 11/03/2014 |
| One Show For Each | PA0001921295 | 10/26/2014 | 11/06/2014 | 11/02/2014 |
| Awe Inspiring Orgy | PA0001917712 | 10/11/2014 | 10/19/2014 | 10/13/2014 |
| Serving Seduction | PA0001916704 | 10/08/2014 | 10/09/2014 | 10/13/2014 |
| Cat Fight | PA0001916043 | 09/26/2014 | 10/06/2014 | 10/09/2014 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Kacey Jordan Does Xart | PA0001916065 | 10/04/2014 | 10/06/2014 | 10/04/2014 |
| Nice And Slow | PA0001916038 | 09/28/2014 | 10/06/2014 | 09/29/2014 |
| Sparks | PA0001916039 | 09/24/2014 | 10/06/2014 | 09/29/2014 |
| Fun For Three | PA0001914731 | 09/19/2014 | 09/22/2014 | 09/22/2014 |
| Hot Bath For Two | PA0001914734 | 09/20/2014 | 09/22/2014 | 09/22/2014 |
| Sexy and Wild | PA0001914530 | 09/15/2014 | 09/16/2014 | 09/20/2014 |
| Lisas Hidden Cam | PA0001914534 | 09/11/2014 | 09/16/2014 | 09/12/2014 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 09/08/2014 |
| Elevated Erotica | PA0001909513 | 08/17/2014 | 08/26/2014 | 08/18/2014 |
| Thunderstorm Love | PA0001909507 | 08/13/2014 | 08/26/2014 | 08/17/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 07/25/2014 |
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 07/25/2014 |
| Highrise Rendezvous | PA0001908213 | 07/25/2014 | 07/31/2014 | 07/25/2014 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 07/18/2014 |
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 06/22/2014 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 05/26/2014 |
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 05/24/2014 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 05/19/2014 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 05/16/2014 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 05/15/2014 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 05/05/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 05/04/2014 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 05/04/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  69**

EXHIBIT B

DC115