**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF COLUMBIA**

---

MALIBU MEDIA, LLC,

        Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 108.31.120.57,

        Defendant.

Civil Action No. 1:15-cv-00414-ABJ

---

### ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT WITH A SUMMONS AND COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Effectuate Service on John Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have an additional forty-five (45) days, or until September 3, 2015 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this ___ day of _____, 2015.

By: _____
      **UNITED STATES DISTRICT JUDGE**